KAHN & FELDMAN, INC., ET AL., RESPONDENTS, v. UNITED PIECE DYE WORKS, APPELLANT.

Argued October 19, 1939—Decided April 18, 1940.

For the appellant, *Eugene F. Frey.*

For the respondents, *Evans, Smith & Evans* and *Davies & Davies.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Porter in the Supreme Court.

*For affirmance*—TRENCHARD, PARKER, CASE, BODINE, DEAR, WELLS, WOLFSKEIL, HAGUE, JJ. 8.

*For reversal*—HEHER, PERSKIE, RAFFERTY, JJ. 3.